FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 09 2019 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BASSAM MOHSIN, *et al.*,

        Plaintiffs,

**DECISION & ORDER**
19-CV-2401 (WFK) (SMG)

v.

DONALD J. TRUMP, *et al.*,

        Defendants.

------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On June 13, 2019, Plaintiffs filed a letter motion requesting permission from the Court to serve exhibits of the summons and Complaint to Defendants in the form of compact discs. *See* ECF No. 11. On June 14, 2019, the Court referred this motion to Magistrate Judge Steven M. Gold for a Report and Recommendation. *See* ECF No. 12.

On June 21, 2019, Judge Gold filed a Report and Recommendation recommending the Court grant Plaintiffs' request given no objections were raised and "it does not appear that defendants will be prejudiced if served with exhibits in digital rather than hard copy form." *See* ECF No. 13. Defendants did not file any objections to the Report and Recommendation, which were due July 5, 2019.

The Court reviews a Report and Recommendation for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). We find no such error here. The Court therefore adopts the Report and Recommendation of

1

Magistrate Judge Gold in its entirety. Accordingly, it is hereby ordered that Plaintiffs' request to serve exhibits in digital form be granted, in accordance with the Report and Recommendation.

**SO ORDERED.**

s/William F. Kuntz, II

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: July 8, 2019
      Brooklyn, New York